**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 19, 2026, upon the following in the manner indicated:

Matthew E. Fischer                                    *BY ELECTRONIC MAIL*
Philip A. Rovner
Jacqueline A. Rogers
Andrew M. Moshos
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
mfischer@potteranderson.com
provner@potteranderson.com
jrogers@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Defendant Intel*

Carolyn H. Luedtke                                    *BY ELECTRONIC MAIL*
Achyut J. Phadke
Aditi N. Ghatlia
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
carolyn.luedtke@mto.com
achyut.phadke@mto.com
aditi.ghatlia@mto.com

*Attorneys for Defendant Intel*

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)