| | | |
|---|---|---|
| CLOUD TANK INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 26-136-JLH |
| | ) | |
| INTEL CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**DEFENDANT INTEL CORPORATION'S MOTION TO DISMISS**
**WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendant Intel Corporation ("Intel") respectfully moves to dismiss the First Amended

Complaint in this action in its entirety and with prejudice for failure to state a claim upon which

relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  The grounds for

Intel's motion are set forth in Intel's Opening Brief filed concurrently herewith.

<table>
<tr><td></td><td>POTTER ANDERSON & CORROON LLP</td></tr>
<tr><td>OF COUNSEL:</td><td></td></tr>
<tr><td>Carolyn H. Luedtke<br>Achyut J. Phadke<br>Aditi N. Ghatlia<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel:  (415) 512-4000</td><td>By:  <i>/s/ Philip A. Rovner</i><br>Matthew E. Fischer (#3092)<br>Philip A. Rovner (#3215)<br>Jacqueline A. Rogers (#5793)<br>Andrew M. Moshos (#6685)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000</td></tr>
<tr><td>Dated:  March 30, 2026<br>12856557</td><td>mfischer@potteranderson.com<br>provner@potteranderson.com<br>jrogers@potteranderson.com<br>amoshos@potteranderson.com</td></tr>
<tr><td></td><td><i>Attorneys for Defendant Intel Corporation</i></td></tr>
</table>