**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CLOUD TANK INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 26-136-JLH |
| | ) | |
| INTEL CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT INTEL CORPORATION'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Whereas, the Court, having considered Defendant Intel Corporation's ("Intel") Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss"), and finding that good cause exists, this Court hereby **GRANTS** Intel's Motion to Dismiss with prejudice.

Specifically, **IT IS HEREBY ORDERED this** ___ day of _____, 2026, that:

Cloud Tank Inc.'s ("Cloud Tank") claim against Intel for misappropriation in violation of the Defend Trade Secrets Act ("DTSA") is dismissed with prejudice under Federal Rule of Civil Procedure ("Rule") 12(b)(6);

*and*

Cloud Tank's claim against Intel for misappropriation in violation of the Delaware Uniform Trade Secret Act ("DUTSA") is dismissed with prejudice under Federal Rule of Civil Procedure ("Rule") 12(b)(6);

*and*

Cloud Tank's claim against Intel for breach of contract is dismissed with prejudice under Federal Rule of Civil Procedure ("Rule") 12(b)(6);

*and*

Cloud Tank's claim against Intel for unjust enrichment is dismissed with prejudice under Federal Rule of Civil Procedure ("Rule") 12(b)(6);

*and*

Cloud Tank's claim against Intel for conversion is dismissed with prejudice under Federal Rule of Civil Procedure ("Rule") 12(b)(6);

*and*

Cloud Tank's claim against Intel for tortious interference with prospective business opportunity is dismissed with prejudice under Federal Rule of Civil Procedure ("Rule") 12(b)(6).

_____
United States District Court Judge

12856824