**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CLOUD TANK INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 26-136-JLH |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**DECLARATION OF PHILIP A. ROVNER IN SUPPORT OF INTEL CORPORATION'S**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

OF COUNSEL:

Carolyn H. Luedtke
Achyut J. Phadke
Aditi N. Ghatlia
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000


Dated: March 30, 2026
Public Version Dated: April 9, 2026

Matthew E. Fischer (#3092)
Philip A. Rovner (#3215)
Jacqueline A. Rogers (#5793)
Andrew M. Moshos (#6685)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
mfischer@potteranderson.com
provner@potteranderson.com
jrogers@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Defendant Intel Corporation*

CLOUD TANK INC., )
)
       Plaintiff, ) C.A. No. 26-136-JLH
   v. )
) **PUBLIC VERSION**
INTEL CORPORATION, )
)
       Defendants. ) **JURY TRIAL DEMANDED**

## DECLARATION OF PHILIP A. ROVNER IN SUPPORT OF INTEL CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

I, Philip A. Rovner, hereby declare:

1.     I am a partner at the law firm of Potter Anderson & Corroon LLP, counsel of record for Defendant Intel Corporation ("Intel") in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.     Attached as **Exhibit A** hereto is a true and correct copy of the Consulting Services Agreement between Intel and SDG Logic Inc. ("SDG Logic") effective October 5, 2018, executed by Sergiu Ghetie.

3.     Attached as **Exhibit B** hereto is a true and correct copy of the Master Restricted Use Non-Disclosure Agreement ("M-RUNDA") between Intel and SDG Logic effective October 17, 2018, executed by Sergiu Ghetie.

4.     Attached as **Exhibit C** hereto is a true and correct copy of the Amended Collaboration Agreement effective September 30, 2021 between Intel, Cloud Tank Inc. ("Cloud Tank"), and SDG Logic, executed by Sergiu Ghetie.

5. Attached as **Exhibit D** hereto is a true and correct copy of the Master Supply Agreement effective September 30, 2021 between Intel and Cloud Tank, executed by Sergiu Ghetie.

6. Attached as **Exhibit E** hereto is a ████████████████████████████ ████████████████████████████████████████████████████ .

7. Attached as **Exhibit F** hereto is a true and correct copy of ██████████ ████████████████████████████████████████████████████████ ████████████████████ .

8. Attached as **Exhibit G** hereto is a true and correct copy of the Intel M-RUNDA Request Form dated September 21, 2018.

9. Attached as **Exhibit H** hereto is a true and correct copy of an email from Sergiu Ghetie dated August 22, 2021.

10. Attached as **Exhibit I** is a true and correct copy of an email from Sergiu Ghetie dated April 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 30th day of March, 2026, at Wilmington, Delaware.

*/s/ Philip A. Rovner*
Philip A. Rovner