# EXHIBIT A

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT B

THIS EXHIBIT HAS BEEN
REDACTED IN ITS
ENTIRETY

# EXHIBIT C

THIS EXHIBIT HAS BEEN
REDACTED IN ITS
ENTIRETY

# EXHIBIT D

THIS EXHIBIT HAS BEEN
REDACTED IN ITS
ENTIRETY

# EXHIBIT E

THIS EXHIBIT HAS BEEN
REDACTED IN ITS
ENTIRETY

# EXHIBIT F

THIS EXHIBIT HAS BEEN
REDACTED IN ITS
ENTIRETY

# EXHIBIT G

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT H

THIS EXHIBIT HAS BEEN
REDACTED IN ITS
ENTIRETY

# EXHIBIT I

THIS EXHIBIT HAS BEEN
REDACTED IN ITS
ENTIRETY